## *Tyhara Ross: 12/04/2022 (Regular) - Complete*

### *Company Information*

| Name | Address |
|------|---------|
| Exeter Finance LLC | 2101 W. John Carpenter Fwy Irving, TX 75063 United States of America |

### *Payslip Information*

| Name | Employee ID | Pay Period Begin |
|------|-------------|------------------|
| Tyhara Ross | 2093 | 11/21/2022 |

### *Current and YTD Totals*

| Balance Period | Gross Pay | Pre Tax Deductions |
|----------------|-----------|--------------------|
| Current | 1,705.36 | 96.78 |
| YTD | 44,114.56 | 2,419.50 |

### *Earnings*

| Description | Dates | Hours |
|-------------|-------|-------|
| Annual Bonus | | |
| DISCBNS | | |
| Floating Holiday | | |
| Holiday Pay | 11/21/2022 - 12/04/2022 | 8.00 |
| Leave Time Off Pay | | |
| Overtime | | |
| Overtime Premium FLSA | | |
| Paid Time Off | 11/21/2022 - 12/04/2022 | 9.23 |
| Regular Earnings | 11/21/2022 - 12/04/2022 | 56.466666 |
| Gift Card | | |

### *Employee Taxes*

| Description | Amount | YTD |
|-------------|--------|-----|
| Social Security | 99.73 | 2,591.35 |
| Medicare | 23.32 | 606.04 |

### *Pre Tax Deductions*

| Description | Amount | YTD |
|-------------|--------|-----|
| Dental Insurance | 7.31 | 182.75 |
| Health Saving Account | 27.00 | 675.00 |
| Medical | 59.05 | 1,476.25 |
| Vision | 3.42 | 85.50 |

### *Post Tax Deductions*

| Description | Amount | YTD |
|-------------|--------|-----|
| Critical Illness | 14.95 | 373.75 |
| Supplemental Life | 5.54 | 138.50 |

### *Employer Paid Benefits*

| Description | Amount | YTD |
|-------------|--------|-----|
| ER Basic AD&D | 0.23 | 5.75 |
| Dental Insurance | 5.98 | 149.50 |
| ER Employee Assistance Program | 0.70 | 17.50 |
| ER Health Savings Accounts | 30.77 | 769.25 |
| ER - LTD | 5.38 | 133.90 |
| Medical | 204.82 | 5,120.50 |
| ER STD | 8.45 | 210.50 |

### *Taxable Wages*

| Description | Amount | YTD |
|-------------|--------|-----|
| OASDI - Taxable Wages | 1,608.58 | 41,796.01 |
| Medicare - Taxable Wages | 1,608.58 | 41,796.01 |
| Federal Withholding - Taxable Wages | 1,608.58 | 41,796.01 |

### *Withholding*

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### *Absence Plans*

| Description | Accrued | Reduced |
|---|---|---|
| Award Hours | 0.00 | 0.00 |
| Paid Time Off | 9.23 | 9.23 |

### *Payment Information*

| Bank | Account Name | Account Number |
|---|---|---|
| BANK OF AMERICA N.A. | BANK OF AMERICA N.A. ******7384 | ******7384 |

| Pay Period End | Check Date | Check Number |
|---|---|---|
| 12/04/2022 | 12/09/2022 | |

| Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|
| 123.05 | 20.49 | 1,465.04 |
| 3,197.39 | 512.25 | 37,985.42 |

| Rate | Amount | YTD Hours |
|---|---|---|
| | | 0.00 |
| | | 0.00 |
| | | 8.00 |
| 23.14 | 185.12 | 56.00 |
| | | 104.74 |
| | | 34.949999 |
| | | 34.949999 |
| 23.14 | 213.59 | 128.27 |
| 23.14 | 1,306.65 | 1,409.249994 |
| | | 0.00 |

| **Available** | |
|---|---|
| 0.00 | |
| 9.23 | |

| **Amount in Pay Group Currency** | **Pay Group Currency** |
|---|---|
| 1,465.04 | USD |

**YTD Amount**

| |
|---|
| 2,561.17 |
| 1,000.00 |
| 181.52 |
| 1,285.04 |
| 2,420.00 |
| 808.47 |
| 404.26 |
| 2,950.23 |
| 32,503.87 |
| 100.95 |

### Tyhara Ross: 01/15/2023 (Regular) - Complete
#### Company Information

| Name | Address |
|---|---|
| Exeter Finance LLC | 2101 W. John Carpenter Fwy |
| | Irving, TX 75063 |
| | United States of America |

#### Payslip Information

| Name | Employee ID | Pay Period Begin |
|---|---|---|
| Tyhara Ross | 2093 | 01/02/2023 |

#### Current and YTD Totals

| Balance Period | Gross Pay | Pre Tax Deductions |
|---|---|---|
| Current | 1,955.73 | 66.36 |
| YTD | 3,814.65 | 132.72 |

#### Earnings

| Description | Dates | Hours |
|---|---|---|
| Bereavement | | |
| Floating Holiday | 01/02/2023 - 01/15/2023 | 8.00 |
| Holiday Pay | 01/02/2023 - 01/15/2023 | 8.00 |
| Leave Time Off Pay | 01/02/2023 - 01/15/2023 | 8.00 |
| Paid Time Off | 01/02/2023 - 01/15/2023 | 0.25 |
| Regular Earnings | 01/02/2023 - 01/15/2023 | 60.266668 |

#### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 117.14 | 228.28 |
| Medicare | 27.40 | 53.39 |

#### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Insurance | 7.31 | 14.62 |
| Medical | 59.05 | 118.10 |

#### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Critical Illness | 14.95 | 29.90 |
| Supplemental Life | 5.54 | 11.08 |

#### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER Basic AD&D | 0.23 | 0.46 |
| Dental Insurance | 6.12 | 12.24 |
| ER Employee Assistance Program | 0.70 | 1.40 |
| ER Health Savings Accounts | 61.54 | 61.54 |
| ER - LTD | 5.38 | 10.76 |
| Medical | 237.87 | 475.74 |
| ER STD | 8.45 | 16.90 |

#### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,889.37 | 3,681.93 |
| Medicare - Taxable Wages | 1,889.37 | 3,681.93 |
| Federal Withholding - Taxable Wages | 1,889.37 | 3,681.93 |

#### Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

#### Absence Plans

| Description | Accrued | Reduced |
|---|---|---|

| Award Hours | 0.00 | 0.00 |
| Paid Time Off | 9.23 | 8.25 |

### Payment Information

| Bank | Account Name | Account Number |
|---|---|---|
| BANK OF AMERICA N.A. | BANK OF AMERICA N.A. ******7384 | ******7384 |

| Pay Period End | Check Date | Check Number |
|---|---|---|
| 01/15/2023 | 01/20/2023 | |

| Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|
| 144.54 | 20.49 | 1,724.34 |
| 281.67 | 40.98 | 3,359.28 |

| Rate | Amount | YTD Hours |
|---|---|---|
| | | 22.20 |
| 23.14 | 185.12 | 8.00 |
| 23.14 | 185.12 | 16.00 |
| 23.14 | 185.12 | 8.00 |
| 23.14 | 5.79 | 8.25 |
| 23.14 | 1,394.58 | 102.400002 |

**Available**

0.00
12.67

| Amount in Pay Group Currency | Pay Group Currency |
| --- | --- |
| 1,724.34 | USD |

**YTD Amount**

513.71
185.12
370.24
185.12
190.91
2,369.55

### Tyhara Ross: 12/18/2022 (Regular) - Complete
#### Company Information

| Name | Address |
|---|---|
| Exeter Finance LLC | 2101 W. John Carpenter Fwy<br>Irving, TX 75063<br>United States of America |

#### Payslip Information

| Name | Employee ID | Pay Period Begin |
|---|---|---|
| Tyhara Ross | 2093 | 12/05/2022 |

#### Current and YTD Totals

| Balance Period | Gross Pay | Pre Tax Deductions |
|---|---|---|
| Current | 2,029.01 | 96.78 |
| YTD | 46,143.57 | 2,516.28 |

#### Earnings

| Description | Dates | Hours |
|---|---|---|
| Annual Bonus | | |
| DISCBNS | | |
| Floating Holiday | | |
| Holiday Pay | | |
| Leave Time Off Pay | | |
| Overtime | 12/12/2022 - 12/18/2022 | 2.20 |
| Overtime Premium FLSA | 12/12/2022 - 12/18/2022 | 2.20 |
| Paid Time Off | 12/05/2022 - 12/18/2022 | 8.00 |
| Regular Earnings | 12/05/2022 - 12/18/2022 | 76.383333 |
| Gift Card | | |

#### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 119.80 | 2,711.15 |
| Medicare | 28.02 | 634.06 |

#### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Insurance | 7.31 | 190.06 |
| Health Saving Account | 27.00 | 702.00 |
| Medical | 59.05 | 1,535.30 |
| Vision | 3.42 | 88.92 |

#### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Critical Illness | 14.95 | 388.70 |
| Supplemental Life | 5.54 | 144.04 |

#### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER Basic AD&D | 0.23 | 5.98 |
| Dental Insurance | 5.98 | 155.48 |
| ER Employee Assistance Program | 0.70 | 18.20 |
| ER Health Savings Accounts | 30.75 | 800.00 |
| ER - LTD | 5.38 | 139.28 |
| Medical | 204.82 | 5,325.32 |
| ER STD | 8.45 | 218.95 |

#### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,932.23 | 43,728.24 |
| Medicare - Taxable Wages | 1,932.23 | 43,728.24 |
| Federal Withholding - Taxable Wages | 1,932.23 | 43,728.24 |

#### Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

**Absence Plans**

| Description | Accrued | Reduced |
|---|---|---|
| Award Hours | 0.00 | 0.00 |
| Paid Time Off | 9.23 | 8.00 |

**Payment Information**

| Bank | Account Name | Account Number |
|---|---|---|
| BANK OF AMERICA N.A. | BANK OF AMERICA N.A. ******7384 | ******7384 |

| Pay Period End | Check Date | Check Number |
|---|---|---|
| 12/18/2022 | 12/23/2022 | |

| Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|
| 147.82 | 20.49 | 1,763.92 |
| 3,345.21 | 532.74 | 39,749.34 |

| Rate | Amount | YTD Hours |
|---|---|---|
| | | 0.00 |
| | | 0.00 |
| | | 8.00 |
| | | 56.00 |
| | | 104.74 |
| 23.14 | 50.91 | 37.149999 |
| 11.57 | 25.46 | 37.149999 |
| 23.14 | 185.12 | 136.27 |
| 23.14 | 1,767.52 | 1,485.633327 |
| | | 0.00 |

| Available | |
|---|---|
| 0.00 | |
| 10.46 | |

| Amount in Pay Group Currency | Pay Group Currency |
|---|---|
| 1,763.92 | USD |

**YTD Amount**

2,561.17
1,000.00
181.52
1,285.04
2,420.00
859.38
429.72
3,135.35
34,271.39
100.95

## Tyhara Ross: 01/01/2023 (Regular) - Complete

### Company Information

| Name | Address |
|---|---|
| Exeter Finance LLC | 2101 W. John Carpenter Fwy<br>Irving, TX 75063<br>United States of America |

### Payslip Information

| Name | Employee ID | Pay Period Begin |
|---|---|---|
| Tyhara Ross | 2093 | 12/19/2022 |

### Current and YTD Totals

| Balance Period | Gross Pay | Pre Tax Deductions |
|---|---|---|
| Current | 1,858.92 | 66.36 |
| YTD | 1,858.92 | 66.36 |

### Earnings

| Description | Dates | Hours |
|---|---|---|
| Bereavement | 12/19/2022 - 01/01/2023 | 22.20 |
| Holiday Pay | 12/19/2022 - 01/01/2023 | 8.00 |
| Paid Time Off | 12/19/2022 - 01/01/2023 | 8.00 |
| Regular Earnings | 12/19/2022 - 01/01/2023 | 42.133334 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 111.14 | 111.14 |
| Medicare | 25.99 | 25.99 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Insurance | 7.31 | 7.31 |
| Medical | 59.05 | 59.05 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Critical Illness | 14.95 | 14.95 |
| Supplemental Life | 5.54 | 5.54 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER Basic AD&D | 0.23 | 0.23 |
| Dental Insurance | 6.12 | 6.12 |
| ER Employee Assistance Program | 0.70 | 0.70 |
| ER - LTD | 5.38 | 5.38 |
| Medical | 237.87 | 237.87 |
| ER STD | 8.45 | 8.45 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,792.56 | 1,792.56 |
| Medicare - Taxable Wages | 1,792.56 | 1,792.56 |
| Federal Withholding - Taxable Wages | 1,792.56 | 1,792.56 |

### Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Absence Plans

| Description | Accrued | Reduced |
|---|---|---|
| Award Hours | 0.00 | 0.00 |
| Paid Time Off | 9.23 | 8.00 |

### Payment Information

| Bank | Account Name | Account Number |
|------|--------------|----------------|
| BANK OF AMERICA N.A. | BANK OF AMERICA N.A. ******7384 | ******7384 |

| Pay Period End | Check Date | Check Number |
|---|---|---|
| 01/01/2023 | 01/06/2023 | |

| Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|
| 137.13 | 20.49 | 1,634.94 |
| 137.13 | 20.49 | 1,634.94 |

| Rate | Amount | YTD Hours |
|---|---|---|
| 23.14 | 513.71 | 22.20 |
| 23.14 | 185.12 | 8.00 |
| 23.14 | 185.12 | 8.00 |
| 23.14 | 974.97 | 42.133334 |

| Available |
|---|
| 0.00 |
| 11.69 |

| Amount in Pay Group Currency | Pay Group Currency |
|---|---|
| 1,634.94 | USD |

**YTD Amount**

| |
|---|
| 513.71 |
| 185.12 |
| 185.12 |
| 974.97 |