Office of the Standing Chapter 13 Trustee
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

IN RE:                                                                          CASE NO:  23-30249-MVL-13
**TYHARA YVONNE ROSS**
     **DEBTOR**

### TRUSTEE'S OBJECTION TO CONFIRMATION

Now comes the Standing Chapter 13 Trustee herein and files this "Objection to Confirmation" of the Plan, filed herein by Debtor, and would respectfully show the Court as follows:

The Trustee asserts that the Plan does not meet the requirements of 11 U.S.C. §1325(a)(6), which is known as the "feasibility test."

- Debtor is delinquent on Plan payments.

WHEREFORE, the Standing Chapter 13 Trustee prays that said Plan not be Confirmed unless and until it has been modified to cure all objections set forth herein above, and for general relief.

Respectfully submitted,
THOMAS D. POWERS, CHAPTER 13 TRUSTEE

By: /s/ Thomas D. Powers

Thomas D. Powers
State Bar No. 16218700
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200
Fax: (214) 965-0758

**Trustee's Objection To Confirmation, Page 2**
**Case # 23-30249-MVL-13**
**TYHARA YVONNE ROSS**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Trustee's Objection To Confirmation** was served on the following parties at the addresses listed below by United States First Class Mail and/or by electronic service .

Debtor:  TYHARA YVONNE ROSS, 9000 VANTAGE POINT DRIVE #526, DALLAS, TX  75243

Attorney:  LEINART LAW FIRM, 10670 N CENTRAL EXPRESSWAY, SUITE 320, DALLAS, TX  75231**

Creditor(s):  WILCOX LAW PLLC, PO BOX 201849, ARLINGTON, TX  76006**

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

Dated:  June 07, 2023                    By:  /s/ Tom Powers