Stephen G. Wilcox
State Bar Number 21454300
WILCOX LAW, PLLC
P.O. Box 201849
Arlington, TX 76006
(817) 870-1694 Telephone
swilcox@wilcoxlaw.net
ATTORNEY FOR SANTANDER CONSUMER USA, INC. DBA CHRYSLER CAPITAL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TYHARA ROSS, | § | CASE NO. 23-30249-MVL-13 |
| DEBTOR | § | |

### WITNESS AND EXHIBIT LIST

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Santander Consumer USA, Inc. dba Chrysler Capital ("Santander" or "Creditor"), and files this its Witness and Exhibit list in conjunction with a hearing on the confirmation of the Debtor's Chapter 13 Plan filed by Tyhara Ross ("Debtor") and lists the following as potential witnesses and exhibits in this matter:

### WITNESSES

1. Representative of Creditor;
2. Tyhara Ross;
3. All witnesses called by Debtor;
4. All rebuttal witnesses necessary.

### EXHIBITS

1. Vehicle Retail Installment Contract;
2. Certificate of Title;
3. Appropriate page(s) J.D. Power, formerly known as N.A.D.A.;
4. Wall Street Journal interest rate page;
5. Debtor's Amended Chapter 13 Plan;
6. Debtor's Schedules;
7. Chapter 13 Trustee's payment history;
8. The Historical Prime Rate Data from the Federal Reserve Board of Governors; (http://research.stlouisfed.org/fred2/data/PRIME.txt)

9. Proof of claim filed by Creditor;

10. All exhibits offered by Debtor; and

11. All rebuttal exhibits necessary.

        Respectfully submitted,

/s/ Stephen G. Wilcox
Stephen G. Wilcox
State Bar Number 21454300
WILCOX LAW, PLLC
P.O. Box 201849
Arlington, TX 76006
(817) 870-1694 Telephone
swilcox@wilcoxlaw.net
ATTORNEY FOR SANTANDER
CONSUMER USA, INC. DBA
CHRYSLER CAPITAL

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Witness and Exhibit List was served by FIRST CLASS MAIL, POSTAGE PRE-PAID on:

Tyhara Ross
9000 Vantage Point Dr., No. 826
Dallas, TX 75243

and by ELECTRONIC FILING on:

Marcus Leinart
10670 N. Central Expressway, Suite 320
Dallas, TX 75231

Thomas Powers
105 Decker Ct., Suite 1150
Irving, TX 75062

Office of the U.S. Trustee
1100 Commerce, Room 976
Dallas, Texas  75242

Dated on June 19, 2023.

        /s/ Stephen G. Wilcox
        Stephen G. Wilcox

8323-00497-564284