Marcus Leinart
State Bar No. 00794156
Leinart Law Firm
10670 N. Central Exprwy, Ste 320
Dallas, TX 75231
469.232.3328 Phone
214.221.1755 Fax
ATTORNEY FOR DEBTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TYHARA YVONNE ROSS | § | CASE NO. 23-30249-MVL-13 |
| | § | |
| Debtor | § | CHAPTER 13 |

### DEBTOR'S WITHDRAWAL OF OPPOSED RESPONSE TO TRUSTEE'S 17 DAY NOTICE OF INTENT TO CERTIFY CHAPTER 13 CASE FOR DISMISSAL PER GENERAL ORDER 2021-05 DOCKET ENTRY# 48

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW BEFORE THE COURT, Tyhara Yvonne Ross, the above-named Debtor in this case, and notifies the Court the withdrawal of her response to Trustee's 17 Day Notice of intent to Certify Chapter 13 Case for Dismissal Per General Order 2021-05, Docket entry # 48, without prejudice to re-filing.

DATED: June 29, 2023

Respectfully Submitted,

Leinart Law Firm
10670 N. Central Exprwy, Ste 320
Dallas, TX 75231
469.232.3328 Phone
214.221.1755 Fax

By: /s/ Marcus Leinart
Marcus Leinart
State Bar No. 00794156
ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2023, I did serve a true and correct copy of the foregoing to the following interested parties, and to those listed on the matrix as filed with the Court, by

United States Mail, First Class;

Tyhara Yvonne Ross
9000 Vantage Point Drive #526
Dallas, TX 75243

TRUSTEE
Thomas Powers
105 Decker Crt, Ste 1150
Irving, TX 75062

United States Trustee
1100 Commerce St, Rm 976
Dallas, TX 75242

/s/ Marcus Leinart
Marcus Leinart
Attorney for Debtor