OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
105 Decker Ct
Suite 1150 11th Floor
Irving, TX 75062
(214) 855-9200

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:                                                     Case No:    23-30249-MVL-13
TYHARA YVONNE ROSS
            Debtor

# OBJECTION TO CONFIRMATION

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

The Standing Chapter 13 Trustee herein files this Objection to Confirmation to the Plan filed by Debtor and respectful shows the Court as follows:

1. The Debtor may not be able to make all payments under the Plan. Therefore, the Plan may not be feasible per 11 U.S.C. Section 1325(a)(6). The Debtor is delinquent **$624.00**. Plan payments are currently $615.00.

2. This Objection to Confirmation is supplemental to any other that may have been filed by the Standing Chapter 13 Trustee in this case.

Respectfully submitted,

By: /s/ Thomas D. Powers

Thomas D. Powers, Trustee
State Bar No. 16218700
Standing Chapter 13 Trustee
105 Decker Ct
Suite 1150 11th Floor
Irving, TX 75062
(214) 855-9200

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Objection to Confirmation has been served by me on 7/24/2023 on the parties listed below by United States First Class Mail or via electronic mail:

Debtor:     TYHARA YVONNE ROSS, 9000 VANTAGE POINT DRIVE #526, DALLAS, TX 75243

Attorney:   LEINART LAW FIRM, 10670 N CENTRAL EXPRESSWAY, SUITE 320, DALLAS, TX 75231**

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200


Dated: _____07/24/2023_____          By: ___/s/ Thomas D. Powers_____

                                             Thomas D. Powers