**Office of the Standing Chapter 13 Trustee**
**105 Decker Ct**
**Suite 1150 11th Floor**
**Irving, TX  75062**
**(214) 855-9200 / (214) 965-0757  (Fax)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**IN RE:**                                                                                             **Case No:  23-30249-MVL-13**
**TYHARA YVONNE ROSS**
          **Debtor**                                                                       **Pre-Hearing Date:  November 02, 2023**

**Notice of Pre-Hearing Conference and Hearing on**
**"Trustee's Recommendation Concerning Claims, Objection to Claims and Plan**
**Modification (if required)"**

TO:      ALL PARTIES IN INTEREST

A pre-hearing conference with the Chapter 13 Trustee concerning the Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) ("TRCC") will be held on **November 02, 2023.**  Due to the Covid pandemic Debtor's Counsel must initiate the pre-hearing conference by contacting the Trustee or his staff attorney **no later than 4:00 P. M.** on 11/01/2023.

Any objection to the TRCC not resolved or defaulted at the Trustee's pre-hearing conference will be heard by the Court on 11/02/2023 by Webex beginning at 2:00 P.M..

You may access the Webex Hearings at the following:

Pursuant to Standing Order 2021-05, unless an objection is timely filed as to the treatment of any claim or modification, the claim or modification will be allowed or approved as described in the TRCC, and such treatment will be final and binding on all parties.

TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, FILED WITH THE COURT, AND A COPY SERVED ON ANY AFFECTED CREDITORS AND ON THE FOLLOWING PARTIES NO LATER THAN 09/22/2023.

| | |
|---|---|
| **Debtor:** | **TYHARA YVONNE ROSS, 9000 VANTAGE POINT DRIVE #526, DALLAS, TX  75243** |
| **Attorney:** | **LEINART LAW FIRM, 10670 N CENTRAL EXPRESSWAY, SUITE 320, DALLAS, TX  75231** |
| **Court:** | **CLERK'S OFFICE, US BANKRUPTCY COURT, 1100 COMMERCE ST., 12TH FLOOR, DALLAS, TEXAS, 75202** |
| **Trustee:** | **TRUSTEE'S OFFICE, 125 E. JOHN CARPENTER FREEWAY, SUITE #1100, IRVING, TEXAS 75062** |

By: /s/ Thomas D. Powers

Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700

105 Decker Ct, Suite 1150 11th Floor, Irving, TX  75062

Case # 23-30249-MVL-13        Page 2
TYHARA YVONNE ROSS
 Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

---

## Certificate of Service

I hereby certify that a copy of the foregoing Notice of Hearing on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) and Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) was served on the following parties at the addresses listed below by United States First Class Mail or via electronic mail.

Debtor:     Tyhara Yvonne Ross, 9000 Vantage Point Drive #526, Dallas, Tx  75243
Attorney:   Leinart Law Firm, 10670 N Central Expressway, Suite 320, Dallas, Tx  75231**
Creditor(s): Affirm, 30 Isabella Street Floor 4, Pittsburgh, Pa  15212-5862
            Ashley Funding Services Llc, Resurgent Capital Services, Po Box 10587, Greenville, Sc  29603-0587**
            Attorney General Of Texas, 1600 Pacific, Ste 700, Dallas, Tx  75201**
            Attorney General Of Texas, 400 S Zang, Ste 1100, Dallas, Tx  75208**
            Bridgecrest, 7300 East Hampton Avenue, Suite 100, Mesa, Az  85209-3324**
            Capital One Auto Finance, Po Box 30285, Salt Lake City, Ut  84130**
            Capital One Bank Usa Na, American Infosource, 4515 N Santa Fe Ave, Oklahoma City, Ok  73118
            Capital One Bank, American Infosource, Po Box 71083, Charlotte, Nc  28272-1083**
            Chronic Pain Relief Pa, 7150 Greenville Ae, Dallas, Tx  75231-7900 ##
            Comenity Bank, Bankruptcy Department, P O Box 182125, Columbus, Oh  43218-2125**
            Comenity Bank, Po Box  182273, Columbus, Oh  43218
            Computer Credit, Po Box 5238, Winston Salem, Nc  27113-5238
            Continental Finance Co, Attn Bankruptcy, 4550 Linden Hill Rd Ste 4, Wilmington, De  19808
            Convergent Outsourcing, 800 Sw 39Th St, Renton, Wa  98057-4975**
            Covington Credit Of Texas, Southern Management Corp, Po Box 1947, Greenville, Sc  29602
            Credit Systems International, Po Box 1088, Arlington, Tx  76004**
            First Electronic Bank, Po Box 521271, Salt Lake City, Ut  84152
            Internal Revenue Service, Po Box 7317, Philadelphia, Pa  19101-7317**
            Internal Revenue Service, Po Box 7346, Philadelphia, Pa  19101-7346**
            Jefferson Capital System Llc, Po Box 7999, Saint Cloud, Mn  56302
            Jefferson Capital Systems Llc, Po Box 772813, Chicago, Il  60677-2813**
            Kohls/Capital One, Po Box 3043, Milwaukee, Wi  53201**
            Leinart Law Firm, 10670 N Central Expressway, Suite 320, Dallas, Tx  75231**
            Linebarger Goggan Blair Et Al, 2777 N Stemmons Fwy Ste 1000, Dallas, Tx  75207-5207**
            Lvnv Funding Llc, Resurgent Capital Services, Po Box 10587, Greenville, Sc  29603**
            Midland Credit Management, Po Box 2037, Warren, Mi  48090
            Mission Lane Llc, Po Box 105286, Atlanta, Ga  30348-5286
            North Dallas Pathology Services, Po Box 744127, Dallas, Tx  75374
            Okinus Inc, Po Box 691, Pelham, Ga  31779
            Onemain Financial Group Llc, Po Box 3251, Evansville, In  47731**
            Portfoilio Recovery Associates, Po Box 12914, Norfolk, Va  23541
            Portfolio Recovery Associates, Po Box 41067, Norfolk, Va  23541**
            Quantum3 Group Llc, Po Box 2489, Kirkland, Wa  98083-2489
            Quantum3 Group Llc, Po Box 788, Kirkland, Wa  98083-0788**
            Rs Clark Corporation, 12990 Pandora Drive Ste 150, Dallas, Tx  75238
            Santander Consumer Usa Inc, Dba Chrysler Capital, Po Box 961275, Fort Worth, Tx  76161
            Santander Consumer Usa Inc, Dba Chrysler Capital, Po Box 961278, Fort Worth, Tx  76161
            Southern Management Corp, Po Box 1947, Greenville, Sc  29602
            State Comptroller, Revenue Accounting Div Bankrup, Po Box 13528, Austin, Tx  78711**
            Synchrony Bank, Po Box 965060, Orlando, Fl  32896**
            Texas Alcoholic Beverage Comm, Licenses And Permits Division, Po Box 13127, Austin, Tx  78711-3127**
            Texas Employment Commission, Tec Building Bankruptcy, 101 E 15Th Street, Austin, Tx  78778**
            Texas Health Resources, By American Infosource As Agent, Po Box 4457, Houston, Tx  77210-4457
            Texas Health Resources, By American Infosource Lp, 4515 N Santa Fe Ave, Oklahoma City, Ok  73118
            Texas Health Resources, Co Creditors Bankruptcy Services, Po Box 733546, Dallas, Tx  75373-3546

**Case # 23-30249-MVL-13**  Page 3
**TYHARA YVONNE ROSS**
**Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)**

---

Texas Medicine Resources, Po Box 8549, Ft Worth, Tx  76124

Texas Workforce Commission, Regulatory Integrity Div Sau, 101 E 15Th Street Rm 556, Austin, Tx 78778-0001**

Usmd Health System, 6333 N State Hwy 161  Ste 200, Irving, Tx  75038

Wilcox Law Pllc, Po Box 201849, Arlington, Tx  76006**

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

## Indicates address was identified by the USPS National Change of Address system as undeliverable and returned to the Trustees office. Notices will no longer be delivered to this address. The debtor's attorney or pro se debtor was advised that the specific notice was undeliverable.

Dated: <u>08/23/2023</u>                                                  By: /s/ Thomas D. Powers
                                                                                            Thomas D. Powers

Case # 23-30249-MVL-13                                                                                             Page 4
TYHARA YVONNE ROSS
Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

IN RE:                                                                      Case No: 23-30249-MVL-13
**TYHARA YVONNE ROSS**
         Debtor                                                      Hearing Date: November 02, 2023

**Trustee's Recommendation Concerning Claims, Objection to Claims and
Plan Modification (if required)**

The Trustee hereby objects to the following claims for the reason (s) indicated, pursuant to Bankruptcy Rule 3007:

**I.**

**OBJECTION -- NO PROOF OF CLAIM FILED**

The following creditors were scheduled by the Debtor. No Proof of Claim has been filed by them or on their behalf, as required by Fed. R. Bankr. P. 3002(a). The "bar date" for filing claims pursuant to Fed. R. Bankr. P. Rule 3002(c) has passed. Therefore, the claims should be DISALLOWED.

| T'ee # | Creditor's Name | Class | Sched Amount |
|---:|---|---|---:|
| 1 | AFFIRM | Unsecured | $1,325.00 |
| 6 | BRIDGECREST | Unsecured | $0.00 |
| 8 | CAPITAL ONE AUTO FINANCE | Unsecured | $0.00 |
| 9 | CHRONIC PAIN RELIEF PA | Unsecured | $314.62 |
| 10 | COMENITY BANK | Unsecured | $0.00 |
| 13 | COMPUTER CREDIT | Unsecured | $0.00 |
| 16 | CREDIT SYSTEMS INTERNATIONAL | Unsecured | $224.00 |
| 17 | FIRST ELECTRONIC BANK | Unsecured | $0.00 |
| 20 | KOHLS/CAPITAL ONE | Unsecured | $0.00 |
| 23 | NORTH DALLAS PATHOLOGY SERVICES | Unsecured | $36.00 |
| 27 | SYNCHRONY BANK | Unsecured | $0.00 |
| 30 | TEXAS MEDICINE RESOURCES | Unsecured | $1,146.00 |
| 31 | USMD HEALTH SYSTEM | Unsecured | $0.00 |
| 39 | CONVERGENT OUTSOURCING | Unsecured | $606.00 |
| 42 | MISSION LANE LLC | Unsecured | $1,289.00 |
| 43 | RS CLARK CORPORATION | Unsecured | $237.00 |
| 46 | COMENITY BANK | Unsecured | $0.00 |
| 47 | COMENITY BANK | Unsecured | $0.00 |
| 48 | COVINGTON CREDIT OF TEXAS | Unsecured | $195.00 |
| 49 | COVINGTON CREDIT OF TEXAS | Unsecured | $195.00 |
| 51 | CREDIT SYSTEMS INTERNATIONAL | Unsecured | $202.00 |
| 52 | CREDIT SYSTEMS INTERNATIONAL | Unsecured | $26.00 |
| 53 | CREDIT SYSTEMS INTERNATIONAL | Unsecured | $14.00 |

Case # 23-30249-MVL-13    Page 5
TYHARA YVONNE ROSS
**Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)**

| | | | |
|---|---|---|---|
| 54 | OKINUS INC | Unsecured | $0.00 |
| 55 | ONEMAIN FINANCIAL GROUP LLC | Unsecured | $0.00 |
| 56 | ONEMAIN FINANCIAL GROUP LLC | Unsecured | $0.00 |
| 57 | ONEMAIN FINANCIAL GROUP LLC | Unsecured | $0.00 |
| 58 | ONEMAIN FINANCIAL GROUP LLC | Unsecured | $0.00 |
| 60 | SYNCHRONY BANK | Unsecured | $0.00 |
| 61 | SYNCHRONY BANK | Unsecured | $0.00 |
| 62 | SYNCHRONY BANK | Unsecured | $0.00 |
| 65 | CONTINENTAL FINANCE CO | Unsecured | $991.00 |

## II.

## SPECIFIC OBJECTIONS

The Trustee hereby objects to the following claims, for the reason(s) indicated in Column 7. The claims should be ALLOWED/DISALLOWED as indicated in Column 4 for the amount and class indicated in Columns 5 and 6 respectively.

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 |
|---|---|---|---|---|---|---|---|
| Pacer # | Creditor Name | Claim Amount | Allow/ Disallow | Amount | Class | Reason (See Below) | T'ee # |
| *** NONE *** | | | | | | | |

### CODE: "REASON(S)" FOR CLAIM OBJECTION

*** NONE ***

## III.

## TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount and in the class listed below.

| T'ee Clm # | DSO Creditors | Comment | Claim Amount | % | Paid By |
|---|---|---|---|---|---|
| | *** NONE *** | | | | |

| T'ee Clm # | Mortgage Arrears and Conduit Creditors | Collateral | Claim Amount | % | Paid By |
|---|---|---|---|---|---|
| | *** NONE *** | | | | |

| T'ee Clm # | Secured 910 Creditors - No Cram Down | Collateral | Claim Amount | % | Paid By |
|---|---|---|---|---|---|
| | *** NONE *** | | | | |

| T'ee Clm # | Secured Creditors | Collateral | Claim Amount | Value | % | Paid By |
|---|---|---|---|---|---|---|
| 26 | SANTANDER CONSUMER USA INC | 19 DODGE CHALLENGER | $23,726.61 | $26,450.00 | 10.50 | Trustee |

| T'ee Clm # | Secured Creditors - Surrendered | Collateral | Claim Amount | Value | Paid By |
|---|---|---|---|---|---|
| | *** NONE *** | | | | |

| T'ee Clm # | Secured Creditors - Paid Direct | Collateral | Claim Amount | Paid By |
|---|---|---|---|---|
| | *** NONE *** | | | |

Case # 23-30249-MVL-13  Page 6
TYHARA YVONNE ROSS
Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

| T'ee Clm # | Priority Creditors | Comment | Claim Amount | Paid By |
|---|---|---|---|---|
| 18 | INTERNAL REVENUE SERVICE | TAXES | $20,504.96 | Trustee |

| T'ee Clm # | Unsecured - Special Class Creditors | Comment | Claim Amount | Paid By |
|---|---|---|---|---|
| | *** NONE *** | | | |

| T'ee Clm # | Executory Contracts/ Unexpired Leases | Comment | Claim Amount | Paid By |
|---|---|---|---|---|
| | *** NONE *** | | | |

| T'ee Clm # | Unsecured Creditors | Comment | Claim Amount |
|---|---|---|---|
| 3 | TEXAS WORKFORCE COMMISSION | | $3,527.00 |
| 7 | CAPITAL ONE BANK | | $404.89 |
| 15 | LVNV FUNDING LLC | SHERMAN ORIGINATOR LLC/CREDIT ONE BA | $1,809.53 |
| 22 | MIDLAND CREDIT MANAGEMENT | COMENITY BANK/LANE BRYANT | $404.84 |
| 25 | ONEMAIN FINANCIAL GROUP LLC | | $7,942.47 |
| 29 | TEXAS HEALTH RESOURCES | TEXAS HEALTH DALLAS | $755.49 |
| 32 | LVNV FUNDING LLC | ZALES DELAWARE/GENESIS FS | $3,909.78 |
| 33 | QUANTUM3 GROUP LLC | MOMA TRUST/OVERSTOCK.COM/COMENITY | $837.06 |
| 35 | QUANTUM3 GROUP LLC | MOMA TRUST/ZALES JEWELRY/COMENITY C | $3,063.80 |
| 36 | QUANTUM3 GROUP LLC | MOMA TRUST/VICTORIA SECRET/COMENITY | $655.96 |
| 37 | LVNV FUNDING LLC | SYNCHRONY BANK/OLD NAVY | $251.58 |
| 40 | PORTFOILIO RECOVERY ASSOCIATES | FORTIVA/THE BANK OF MISSOURI | $524.35 |
| 41 | QUANTUM3 GROUP LLC | GENESIS FS CARD SERVICES INC/CELTIC BA | $526.02 |
| 50 | LVNV FUNDING LLC | SHERMAN ORIGINATOR LLC/CREDIT ONE BA | $1,150.01 |
| 59 | JEFFERSON CAPITAL SYSTEMS LLC | SYNCHRONY BANK/PAYPAL CREDIT | $2,133.56 |
| 63 | INTERNAL REVENUE SERVICE | TAXES | $3,600.29 |
| 64 | INTERNAL REVENUE SERVICE | PENALTY | $4,201.73 |
| 69 | QUANTUM3 GROUP LLC | COMENITY CAPITAL BANK/BED BATH BEYON | $56.32 |
| 71 | ASHLEY FUNDING SERVICES LLC | LABORATORY CORPORATION OF AMERICA H | $10.76 |
| 72 | ASHLEY FUNDING SERVICES LLC | LABORATORY CORPORATION OF AMERICA H | $27.46 |

**IV.**

**PLAN MODIFICATION, subject to feasibility**

Pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2021-05, the Trustee requests the following Modification of the Debtor's Confirmed Plan, subject to feasibility, herein:

- Change monthly payment amount from $615.00 per month to $990.00 X 2; $1,053.00 X 2; $1,080.00 X 50;. This payment change will begin with the payment due on 09/11/2023; and

- The above change(s) will result in a new "BASE AMOUNT" of $61,776.00 (total due to Trustee under Plan, if all payments timely made).

**Reason for Modification**

The modification is requested for the following reason(s):

- To cure an insufficient plan.

**Case # 23-30249-MVL-13**  Page 7
**TYHARA YVONNE ROSS**
 Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

---

By: /s/ Thomas D. Powers

Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700

105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200 / (214) 965-0757  (Fax)